# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

JENNIFER A. LIANG
ANDREA ZELLAN
BRIAN E. KLEIN

MARK M. BAKER
OF COUNSEL

U.S. ... .D.N.Y.

★ OCT 3 2005 ★

BROOKLYN OFFICE

September 29, 2005

**BY FACSIMILE (718) 260-2457**
Honorable John Gleeson
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted
So ordered
s/John Gleeson

Re: <u>UNITED STATES v. ARI JACOBOWITZ</u>   9-30-05
04 CR 558

Dear Judge Gleeson:

We represent Ari Jacobowitz in the above-referenced matter.

We are writing to request that this Court temporarily modify Mr. Jacobowitz's bail conditions and order Pre-trial Services to immediately release the passport of Mr. Jacobowitz's wife, Leah Jacobowitz, to enable Leah Jacobowitz to travel to Israel from October 8, 2005 to October 11, 2005 for personal family matters. Ms. Jacobowitz has agreed to return the passport to Pre-Trial Services within twenty-four hours of her return on October 11, 2005. The Government consents to this application.

Respectfully,

Jennifer Liang
Jennifer Liang

cc:   AUSA Richard Faughnan